IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) AMERICAN TOWERS LLC, and<br>2) SPECTRASITE COMMUNICATIONS, LLC,<br>             Plaintiffs,<br>v.<br>1) @LINK SERVICES LLC,<br>             Defendant. | Case No. _____<br><br>Jury Trial Demanded |

# COMPLAINT

Plaintiffs, American Towers LLC and SpectraSite Communications, LLC (collectively the "American Tower Plaintiffs"), for their Complaint against the Defendant, @Link Services LLC ("@Link"), allege and state as follows:

## INTRODUCTION

1. The American Tower Plaintiffs own and operate cellular telecommunications towers throughout the United States. @Link agreed to pay certain sums to the American Tower Plaintiffs to allow @Link to install and operate telecommunications equipment on multiple cellular telecommunications towers owned or operated by the American Tower Plaintiffs in Oklahoma. This lawsuit stems from @Link's failure to pay and subsequent default under the terms of the agreement between the parties.

**PARTIES**

2. Plaintiff American Towers LLC ("American Towers") is a Delaware limited liability company with American Tower Corporation as its sole member. American Tower Corporation is a Delaware corporation that maintains its principal place of business in Massachusetts. As such, American Towers is a citizen of Delaware and Massachusetts.

3. Plaintiff SpectraSite Communications, LLC ("SpectraSite Communications") is a Delaware limited liability company with SpectraSite, LLC as its sole member. SpectraSite, LLC is a Delaware limited liability company with American Tower Corporation as its sole member. American Tower Corporation is a Delaware corporation which maintains its principal place of business in Massachusetts. As such, SpectraSite Communications is a citizen of Delaware and Massachusetts.

4. Defendant @Link is an Oklahoma limited liability company with its principal place of business in Oklahoma City, Oklahoma. On information and belief, @Link's members are citizens of Oklahoma.

**JURISDICTION AND VENUE**

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) because the amount in controversy exceeds $75,000.00, and a complete diversity of citizenship between the parties exists. The American Tower Plaintiffs are citizens of Delaware and Massachusetts; @Link is a citizen of Oklahoma.

6. This Court has general personal jurisdiction over @Link because it is a limited liability company formed and existing under the laws of Oklahoma. *See Daimler*

*AG v. Bauman*, 571 U.S. 117, 137 (2014); *Pizza Inn, Inc. v. Allen's Dynamic Food, Inc.*, No. CIV-23-00164-PRW, 2024 WL 3246151, at *3 (W.D. Okla. June 28, 2024) (corporations and LLCs are subject to general personal jurisdiction in their state of incorporation and the state in which they maintain their principal place of business).

7. Venue is appropriate in this District in accordance with 28 U.S.C. §§ 1391(b)(1) and (c)(2). Specifically, @Link is an Oklahoma limited liability company residing within the District of Oklahoma that is subject to the Court's personal jurisdiction with respect to this civil action.

## FACTUAL BACKGROUND

8. This dispute is about @Link's failure to pay and subsequent default under the terms of the Strategic Collocation and Site License Modification Agreement it entered into with the American Tower Plaintiffs on or about June 11, 2021 (the "Agreement").

9. @Link agreed to pay certain sums to the American Tower Plaintiffs under the Agreement thereby allowing @Link to continue to install and operate telecommunications equipment on multiple cellular telecommunications towers owned or operated by the American Tower Plaintiffs in Oklahoma (the "ATC Sites").

10. The American Tower Plaintiffs and @Link negotiated and executed the Agreement on June 11, 2021, in order to: (i) modify certain terms contained in licenses already entered into between the parties; and (ii) establish terms associated with the licenses included under the Agreement. [Recitals ¶ D].

11. The Agreement is governed by the law of the state of Delaware. [Section VI., ¶ E].

12. The Agreement generally grants @Link license rights, pursuant to certain terms and conditions, to access, use, install, maintain, and operate wireless telecommunication equipment, including antennas and related equipment on the ATC Sites. In return, @Link is responsible to pay the Aggregate Monthly Payment and certain other Additions to Payment and Other Monetary Payments to the American Tower Plaintiffs. [Section IV., ¶¶ A-C]. @Link is required to timely make payments pursuant to the Agreement by a specified due date or, following failure to timely remit payment, within a 30-day cure period after written notice of such default. [Section IV., ¶¶ E-F].

13. @Link breached the Agreement at issue in this Complaint by (1) failing to timely pay Aggregate Monthly Payments, Additions to Payment, and Other Monetary Payments as prescribed in the Agreement, and (2) failing to cure such defaults after being provided written notice in accordance with the terms of the Agreement.

14. The Agreement provides that, upon failure to timely remit payment, interest and/or late fees begin to accrue on the overdue amounts, or, alternatively, that rent due through the current term can be accelerated, such that all remaining rent and fees become immediately due and payable. [Section IV., ¶¶ E-F].

15. The Agreement provides that the licenses included in the Agreement may be terminated without liability following uncured defaults by @Link. [Section IV., ¶ E].

16. The Agreement provides that the American Tower Plaintiffs may recover damages, costs and expenses resulting from any event(s) of default, including reasonable attorneys' fees and costs incurred in pursuing a recovery based on @Link's uncured default. [Section VI., ¶ I].

17. @Link had installed its equipment on the ATC Sites, and, on information and belief, continues to operate its installed equipment.

18. On or about January 29, 2025, the American Tower Plaintiffs provided formal written notice to @Link that it had failed to timely remit portions of the Aggregate Monthly Payment and certain Additions to Payment due under the Agreement and that pursuant to Section IV(F) of the Agreement, where @Link has failed to pay portions of the Aggregate Monthly Payment for two consecutive months, @Link had breached the Agreement. The notice further informed @Link that American Tower was declaring all Licenses subject to the Agreement in default.

19. Because @Link failed to pay the amounts due under the Agreement, and to cure the defaults within the applicable cure period under the Agreement, the American Tower Plaintiffs are entitled to, among other relief provided by governing law, some or all of the following remedies: (1) to declare immediately due and payable overdue and outstanding monthly and/or annual rents or license fees and other charges or fees and to accelerate remaining annual or monthly rents or license fees due for the remainder of the term; (2) to disconnect power to and remove and dispose of @Link's equipment remaining on the ATC Sites; (3) to recover costs incurred in connection with the removal of @Link's equipment and the disposal of same; (4) to recover reasonable attorneys' fees and other costs; and/or (5) to recover interest and/or late fees.

## COUNT I: BREACH OF CONTRACT

20. The American Tower Plaintiffs reallege and include by reference all preceding paragraphs as if fully set forth herein.

21. The Agreement is a valid, enforceable, binding contract supported by adequate consideration.

22. Section IV Paragraph A of the Agreement provides that @Link is required to pay the American Tower Plaintiffs an Aggregate Monthly Payment. In the event the Aggregate Monthly Payment is not paid on or before its due date or within ten days thereafter, @Link must also pay a late charge equal to 5% of the late payment.

23. Section VI Paragraph I of the Agreement provides that if there is litigation as a result of either party's failure to comply with the Agreement, the prevailing party in such litigation is entitled to be reimbursed for all costs and expenses incurred in connection therewith, including reasonable attorneys' fees and costs.

24. The American Tower Plaintiffs have fully performed their obligations under the Agreement by providing @Link the rights, access, use, and license promised to it pursuant to that Agreement.

25. @Link has breached, and continues to breach, its obligations under the Agreement by, *inter alia*, failing to pay Aggregate Monthly Payments as required by the Agreement and failing to pay certain Additions to Payment as required by the Agreement, and thereafter, failing to remedy its defaults, even after written demand by the American Tower Plaintiffs.

26. The American Tower Plaintiffs' damages based upon @Link's breaches of the Agreement as of the filing of this Complaint total in excess of $745,067.06 before attorneys' fees and costs. These damages continue to accrue interest and/or late fees as provided in the Agreement.

4899-8621-5558

27. The remaining annual or monthly rents or license fees due pursuant to Section III Paragraph F of the Agreement total $12,497,702.00.

## COUNT II: DECLARATORY JUDGMENT

28. The American Tower Plaintiffs incorporate and reallege Paragraphs 1 through 27 as if fully set forth herein.

29. Under 28 U.S.C. § 2201, this Court, in the "case of actual controversy" between the parties, may "declare the rights and other legal relations of any interested party seeking such declaration." 28 U.S.C. § 2201. "Any such declaration shall have the force and effect of a final judgment or decree and shall be reviewable as such." *Id*.

30. The American Tower Plaintiffs and @Link are embroiled in an actual controversy regarding @Link's breaches of the Agreement.

31. The American Tower Plaintiffs sent Notice of Default to @Link under the terms of the Agreement.

32. As such, this Court can declare @Link in breach of its obligations pursuant to the Agreement, declare the Agreement terminated, and declare that @Link has no further right to access, use, install, maintain, and operate wireless telecommunication equipment on the ATC Sites.

33. Further, this Court can declare that the American Tower Plaintiffs may, pursuant to the Agreement providing for such relief, without liability: (1) disconnect power to any @Link equipment on the ATC Sites; and (2) take possession of, remove, and dispose of any @Link equipment remaining on the ATC Sites.

4899-8621-5558

## JURY DEMAND

34. Plaintiffs hereby demand a trial by jury on all claims pleaded herein.

## PRAYER FOR RELIEF

WHEREFORE, the American Tower Plaintiffs respectfully request a judgment in their favor against @Link on all its claims including:

1. All damages caused by @Link including overdue and outstanding monthly and/or annual rents or license fees and other charges or fees in an amount not less than $745,067.06;

2. Remaining annual or monthly rents or license fees due for the remainder of the term in an amount not less than $12,497,702.00;

3. Interest and/or late fees at the maximum rate allowed by law;

4. All the costs and attorneys' fees plaintiffs incur to resolve this dispute;

5. A Declaratory Judgment that @Link is in breach of its obligations pursuant to the Agreement, the Agreement is terminated, and @Link has no further right to access, use, install, maintain, and operate wireless telecommunication equipment on the ATC Sites;

6. A Declaratory Judgment that the American Tower Plaintiffs are entitled to disconnect power to any of @Link's equipment at the ATC Sites and to remove and dispose of any of @Link's property remaining at the ATC Sites;

7. A Declaratory Judgment that the American Tower Plaintiffs are entitled to recover costs incurred in connection with the removal of @Link's equipment and property and the disposal of same; and

8. Such other relief as this Court deems just and proper at law or in equity.

Respectfully submitted,

/s/Robert G. McCampbell
Robert G. McCampbell, OBA No. 10390
Leasa M. Stewart, OBA No. 18515
**GABLEGOTWALS**
BOK Park Plaza
499 West Sheridan, Suite 2200
Oklahoma City, OK 73102
Telephone: 405-235-5500
Facsimile: 405-235-2875
RMcCampbell@gablelaw.com
LStewart@gablelaw.com

*Attorneys for Plaintiffs*
*American Towers LLC and*
*SpectraSite Communications, LLC*

4899-8621-5558